UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LOS ANGELES <br><br> Plaintiff(s), <br><br> v. <br><br> ASPLUNDH CONSTRUCTION CORP , et al. <br><br><br> Defendant(s). | CASE NO: <br> 2:12−cv−06057−MMM−VBK <br><br><br> ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above−entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days**, to re−open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

Dated: July 31, 2013

*Margaret M. Morrow*

———————————————
Margaret M. Morrow
United States District Judge